**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MELISSA DARLENE WHINERY,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner<br>Social Security Administration,<br><br>Defendant. | Case No. CIV-25-2-RAW-DES |

**ORDER AFFIRMING DECISION OF THE COMMISSIONER**

On March 10, 2026 the United States Magistrate Judge entered a Report and Recommendation in the above-referenced case, recommending that this Court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff [Docket No. 17]. The Plaintiff has filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law 28 U.S.C.§636(b)(1); Fed. R. Civ. P. 72(a). Plaintiff objects to the Magistrate Judge's Report and Recommendation and asserts that the ALJ erred and remand is required. The claimant asserts that the RFC is legally flawed, that the ALJ failed to assess the RFC on a function-by-function basis, that the ALJ failed to account for and provide a narrative statement involving all plaintiff's impairments in the RFC, and that the ALJ failed to properly evaluate the medical source opinions [Docket No. 18].

The Magistrate Judge reviewed the ALJ's step-by-step analysis in the RFC determination and the ALJ's thorough narrative discussion of claimant's hearing testimony, the objective

evidence, the findings of the treating physicians regarding her heart disease, obesity, degenerative disc disease and spondylosis, and any limitations caused as a result.

Upon full consideration of the record and the issues herein, this court finds that the Magistrate Judge's recommendation to affirm the ALJ is well-supported. The ALJ's decision is supported by substantial evidence, and the correct legal standards were applied.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. The decision of the Commissioner is AFFIRMED.

**IT IS SO ORDERED** this 30th day of September, 2026.

.

Ronald A. White

**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**